UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
SHELBY HICKS and GAVIN HICKS,

          Plaintiffs,

  -against-

BIG CITY LIGHTS NAUTICAL
ENTERTAINMENT, INC. CITY LIGHTS CRUISES,
INC., NEW YORK SKYPORTS INCORPORATED
and IMPERIAL PARKING (U.S.), INC. f/k/a
IMPARK,

          Defendants.
-------------------------------------------------------------x

Docket No.: 13 Civ. 4448 (AT)

**STATEMENT PURSUANT
TO RULE 7.1**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or refusal, the undersigned counsel of record for a private (non-governmental) party certifies that the following are corporate parents, affiliates and/or subsidiaries of defendant IMPERIAL PARKING (U.S.) LLC, which are publicly held:

          None

Dated: New York, New York
       July 9, 2013

          NICOLETTI HORNIG & SWEENEY
          Attorneys for Defendants New York Skyports, Inc.
          and Imperial Parking (U.S.), LLC

     By: /s/ David R. Hornig
          David R. Hornig (DH-1599)
          Guerric S.D.L. Russell (GR-4845)
          Wall Street Plaza
          88 Pine Street, Seventh Floor
          New York, New York 10005
          Tel: 212-220-3830
          Fax: 212-220-3780
          Email: dhornig@nicolettihornig.com
                  grussell@nicolettihornig.com
          Our File No.: 25000077 DRH/GSR

TO:

Steven E. Millon, Esq.
Jeffrey J. Shapiro & Associates, LLC
Attorneys for Plaintiff
675 Third Avenue, Suite 3005
New York, New York 10017
212-779-9100
File: 4877-10

Tisdale Law Offices, LLC
Attorneys for Defendants
Big City Lights Nautical Entertainment, Inc. and
City Lights Cruises, Inc.
60 East 42nd Street, Suite 1638
New York, New York 10165
212-354-0025

X:\Public Word Files\25\77\LEGAL\RULE 7.1 Statement (Imperial) s.sa.doc